**\* EMERGENCY \***

MC-275

Name **Andre' M. Ferguson**

Address **County Jail #5 'P.O. Box 67 '**

**San Bruno' California • 94066**

FILED

FEB 14 20__
RICHARD W. __
CLERK, U.S. __
NORTHERN DISTRICT OF __
CALIFORNIA

53 0

CDC or ID Number **#2344489**      **MMC**

**Superior Court of California**

**County of San Francisco**
(Court)

**PETITION FOR WRIT OF HABEAS CORPUS** **MMC**

**Andre' M. Ferguson**
Petitioner

vs.

**District Attorney**
Respondent

**CV.** No. **08    0953** (PR)
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS - READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

Martin Dean's
ESSENTIAL FORMS™

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.
Cal. Rules of Court, rule 60(a)

**This petition concerns:**

- ☐ A conviction
- ☐ A sentence
- ☐ Jail or prison conditions
- ☑ Other (specify): DUE PROCESS / UNNECESSARY deLAY oF ARRAIGNMENT

- ☐ Parole
- ☐ Credits
- ☐ Prison discipline

1. Your name: Andre' M. FERGUSON

2. Where are you incarcerated? COUNTY JAIL #5' P.O. BOX 67' SAN BRUNO' CA. 94066

3. Why are you in custody? ☐ Criminal Conviction ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

NA

NA

b. Penal or other code sections: _____

c. Name and location of sentencing or committing court: HALL of Justice' 850 BRYANT STREET' SAN FRANCISCO' CALiFORNIA ' 94103

d. Case number: _____

e. Date convicted or committed: NA

f. Date sentenced: NA

g. Length of sentence: NA

h. When do you expect to be released? MAY 2008 if Court GRANTS Relief SOUGHT

i. Were you represented by counsel in the trial court? ☑ Yes. ☐ No. If yes, state the attorney's name and address:
ERIC QuANdt' PuBlic DeFeNdeR ' 555 (7ᵀᴴ) SEVENTH STREET' SAN FRANCISCO' CALiFORNiA − 94103

4. What was the LAST plea you entered? *(check one)*

☑ Not guilty    ☐ Guilty    ☐ Nolo Contendere    ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury    ☐ Judge without a jury    ☐ Submitted on transcript    ☑ Awaiting trial

Martin Dean's
ESSENTIAL FORMS™

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order).*

VIOLAtiON of CONSTItutiONAL RIGHT of due PROcess/UNNecESSARY
deLAY OF ARRAIGNMeNT. I PetitiON THe COURT FOR A
dismissaL BecAUSe of THIS VIOLAtiONS BY THe
PROSecutiON.

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

I WAS ARRested ON NOV. 27TH, 2007. Held iN custody.
THeN TAKeN TO AN ARRAIGNMeNT HeARING ON Dec.
6TH, 2007. WHICH is "9" dAYS AFTeR mY ARRest.
A diRect VIOLAtiON of A CONSTItutiONAL GUARANtee
TO ANd of due PROcess. AffoRded bY THe 5TH
ANd 14TH AmeNdmeNts TO THe UNited StAtes
CONStitutiON. THis violAtiON of THe stAtue
PRescRibed FOR ARRAIGNMeNt HAS impAIRed
ANd PRejudiced mY ABILITY TO PRePARe A defeNse.
THis TOOK PLACe iN DePARTMeNT # 9. THe
PResidiNG JUdGe WAS CuRtis A. KARNOW

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

PeoPle -v- THompSON (1980) PeoPle -v- PettiNGill (1978)
PeoPle -v- WilsON (1963) PeoPle -v- PickeNS (1981)
couNTY of RiveRside -v- M$^{c}$LAUGHLIN (1991)
PeoPle -v- VALeNzueLA (1978)

7. **Ground 2** or **Ground** _____ *(if applicable)* :

AN UNNECESSARY AND UNREASONABLE DELAY BETWEEN ARREST AND ARRAIGNMENT CONVERTS A LAWFUL ARREST INTO AN UNLAWFUL DETENTION. UNDER CALIFORNIA LAW DELAY OF PROSECUTION IS UNLAWFUL WHETHER IT IS NEGLIGENT OR PURPOSEFUL

a. Supporting facts:

I WAS ARRESTED ON NOV. 27th 2007 AND TAKEN TO AN ARRAIGNMENT HEARING "9" DAYS LATER ON Dec. 6th 2007. WHICH VIOLATES THE LAWS OF THIS STATE ' WHICH STATES: "IF AN INDIVIDUAL IS ARRESTED AND HELD IN CUSTODY ARRAIGNMENT MUST TAKE PLACE WITHIN 48 HOURS < not including weekends AND court HolidAYS.> THIS IS ALSO A VIOLATION OF A CONSTITUTIONAL RIGHT OF DUE PROCESS GUARANTEED BY THE 5th AND 14th AMENDMENTS TO THE United States Constitution. MY RIGHTS TO A FAIR ADJUDICATION HAS BEEN GROSSLY AND THOROUGHLY VIOLATED BY THE PROSECUTION IN THIS CASE. HOW CAN I POSSIBLY HAVE A FAIR ADJUDICATION BY THE PROSECUTION WHEN THE PROSECUTION HAS VIOLATED MORE LAWS THAN I WHEN THEY VIOLATED THE statues OF ARRAIGNMENT HEARING. I CONSTANTLY seek RELIEF BY THE COURTS FOR A DISMISSAL. I AM SCHEDULED TO START TRIAL ON 2-15-2008 IN DEPARTMENT # 22

b. Supporting cases, rules, or other authority:

PEN. C § 825' THE 5th AND 14th AMENDMENTS TO THE United States Constitution' CAL Const Art 1 § 14 (ARRAIGNMENT FOR FELONY) CAL Const Art 1 § 15 U.S. Const Amend VI

Martin Dean's ESSENTIAL FORMS™

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☒ No.    If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): NA

b. Result NA    c. Date of decision: NA

d. Case number or citation of opinion, if known: NA

e. Issues raised: (1) NA

(2) NA

(3) NA

f. Were you represented by counsel on appeal? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:
NA

9. Did you seek review in the California Supreme Court? ☐ Yes. ☒ No. If yes, give the following information:

a. Result NA    b. Date of decision: NA

c. Case number or citation of opinion, if known: -NA-

d. Issues raised: (1) -NA-

(2) -NA-

(3) -NA

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: -NA- -NA-

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

THIS Petition CONCERNS violAtion OF A
CONStitutionAL RIGHT OF Que PROCESS,
violAtion of A stAtue Afforded FoR
ARRAIGNment, THEREfoRe does NOT
WARRANT AN AdmiNISTRATive
Review

b. Did you seek the highest level of administrative review available? ☐ Yes. ☒ No.
*Attach documents that show you have exhausted your administrative remedies.*

Martin Dean's
ESSENTIAL FORMS™

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____ —NA—

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____ —NA—

    (3) Issues raised: (a) _____ —NA—

        (b) _____ —NA—

    (4) Result (Attach order or explain why unavailable): _____ —NA—

    (5) Date of decision: _____ —NA—

  b. (1) Name of court: _____ —NA—

    (2) Nature of proceeding: _____ —NA—

    (3) Issues raised: (a) _____ NA

        (b) _____ NA

    (4) Result (Attach order or explain why unavailable): _____ NA

    (5) Date of decision: _____ NA

  c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

NA

NA

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

VIOLATION OF due PROCESS RIGHTS BY A UNNECESSARY delAY OF ARRAIGNMENT

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

MR. ERIC QUANDT, PUBLIC DEFENDER, 555 (7TH) SEVENTH STREET, SAN FRANCISCO, CALIFORNIA, 94103

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:

NA

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

THIS COURT HAS THE AUTHORITY TO GRANT PETITIONER RELIEF SOUGHT BY GRANTING A DISMISSAL

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 2-10-2008 ▸ Mr. Andre' Ferguson

(SIGNATURE OF PETITIONER)

Martin Dean's
ESSENTIAL FORMS™

SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

① PEOPLE OF THE STATE OF CALIFORNIA

VS.                    NOTICE OF MOTION TO DISMISS
                       BECAUSE OF DENIAL OF RIGHT
                             TO DUE PROCESS

ANDRE' FERGUSON

TO THE ABOVE ENTITLED COURT' AND TO THE DISTRICT
ATTORNEY OF SAN FRANCISCO COUNTY STATE OF
CALIFORNIA

PLEASE TAKE NOTICE THAT ON JAN. 15TH' 2008' IN DEPART-
MENT #22 AT 9:AM' OR AS SOON THEREAFTER AS THE
MATTER MAY BE HEARD' THE defendant' ANDRE FERGUSON
will move THAT THE COURT dismiss ACCUSATORY PLEADING
FILED HEREIN ON THE GROUNDS THAT THE PROSECUTION OF
THE defendant HAS BEEN UNREASONABLY delayed
VIOLATING THE defendant's RIGHT TO due PROCESS
GUARANTEED by THE FIFTH AND FOURTEENTH AMEND-
MENTS TO THE United STATES Constitution AND ARTICLE
I SECTION 15 OF THE California Constitution · THE delay·
WAS A UNNECESSARY delay OF ARRAIGNMENT I WAS
ARRESTED ON. NOV· 27TH' 2007· Held IN CustodY' THEN
TAKEN TO AN ARRAIGNMENT HEARING ON Dec· 6TH' 2007·
THIS motion will be BASED ON THE ATTACHED memorandum
OF POINTS AND AUTHORITIES 'ALL PAPERS FILED AND RE-
CORDS IN THIS Action' EVIDENCE TAKEN AT THE HEARING
ON THIS motion' AND ARGUMENT AT THAT HEARING·
        JAN· 15TH· 2008    RESPECTFULLY, SUBMITTED
                          Mr. Andre' Ferguson

(2)

# * Memorandum of Points and Authorities *
## ~ Summary of Argument ~

AN UNREASONABLE AND UNNECESSARY DELAY BETWEEN ARREST AND ARRAIGNMENT CONVERTS A LAWFUL ARREST INTO AN UNLAWFUL DETENTION.

## * Statement of Facts *

THE defendant WAS ARRESTED ON NOV. 27th 2007. Held IN custody. THEN TAKEN TO AN ARRAIGNMENT HEARING ON Dec. 6th 2007. WHICH IS "9" dAYS AFTER HIS ARREST.

## * ARGUMENT *

THIS IS A direct VIOLATION OF A CONSTITUTIONAL RIGHT TO due PROCESS GUARANTEED UNDER THE FIFTH AND FOURTEENTH Amendments TO THE United States Constitution AND Article I section 15 OF THE California Constitution. THE RIGHT OF due Process Protects A defendants interest IN FAIR Adjudication by PREVENTING unjustified delAYS THAT WEAKEN THE defense THROUGH THE dimming OF memories, THE DEATH OR disAPPEARANCE OF WITNESS AND THE loss OR destruction OF material PHYSICAL evidence.

(PEOPLE-v-MARTINEZ (2000) 22 CA4th 750. 767 94 CR2d 381.

③ * THE DELAY IN THIS CASE PREJUDICED THE DE- *
FENDANTS ABILITY TO PREPARE THE DEFENSE

∧ SINCE THE DEFENDANT WAS HELD IN CUSTODY FOR SEV-
ERAL DAYS PAST THE PRESCIBED TIME AFTER HIS ARREST
AFFORDED FOR ARRAIGNMENT UNDER THE LAW OF
THE CALIFORNIA PENAL CODE · THE DEFENDANT ASSUMED
THAT THE PROSECUTION OF THIS CASE WAS dismissed ·
THEREFORE THE defendant INADVERTENTLY lost con-
tAct with A couple of witnesses IN HIS Possible
Defense ' (PEOPLE -v- ARCHERD (1970) 3 C3d 615' 91
CR 397 ; BARKER -v- WINGO (1972) 407 US 514 '33 L
Ed 2d 101' 92 S ct 2182: THEN the defendant
WAS PREJUDICED bY THE LAPSE IN time ' because
ANOTHER OF THE defendants witnesses IN HIS
defense WAS SHOT TO deATH ON Ellis AND JONES
STREETS LAST MONTH · (PEOPLE -v- MARTINEZ (2000)
22 CA4TH 750' 767' 94 CR2d 381·) THE defend-
ANT IN THIS CASE HAS BEEN PREJUDICED both bY
THE LOST OF MATERIAL witnesses AND bY THE
deATH OF ANOTHER WITNESS · THEN bY OTHER
FACTORS RECOGNIZED bY THE **United** STATES
SUPREME COURT IN US· V- MARION (1971)
404 US 307' 92 S ct 455' 30 L Ed 2d 468 AS
Quoted IN SERNA -v- SUPERIOR COURT (1985) 40
C3d 239' 251' 219 CR 420 : ' INORDINATE
deLAY beTWEEN ARREST' INDICTMENT AND TRIAL mAY
IMPAIR A defendant's ABILITY TO PRESENT AN effective
defense · BuT THE MAJOR evils PROTECTED AGAINST bY
THE SPEEDY TRIAL GUARANTEE EXIST APART FROM ACTUAL



OR POSSIBLE PREJUDICE TO AN ACCUSED'S DEFENSE • TO LEGALLY
ARREST AND DETAIN' THE GOVERNMENT MUST ASSERT PROBABLE
CAUSE TO BELIEVE THE ARRESTEE HAS COMMITTED A CRIME •
ARREST IS A PUBLIC ACT THAT MAY SERIOUSLY INTERFERE WITH
THE DEFENDANTS LIBERTY' WHETHER HE IS FREE ON BAIL OR
NOT' AND THAT MAY DISRUPT HIS EMPLOYMENT' DRAIN HIS
FINANCIAL RESOURCES' CURTAIL HIS ASSOCIATIONS 'SUBJECT
HIM TO PUBLIC OBLOQUY AND CREATE ANXIETY IN HIM" HIS
FAMILY AND FRIENDS"...

# UNDER CALIFORNIA LAW DELAY IN PROSEC- UTING A CASE IS UNLAWFUL WHETHER NEGLIGENT OR PURPOSEFUL

UNDER CALIFORNIA LAW 'EVIDENCE OF DEPRIVATION OF DUE
PROCESS SUFFICIENT TO WARRANT DISMISSAL DOES NOT REQUIRE
A SHOWING OF **PURPOSEFUL** DELAY BY THE PROSECUTION • PREJUD-
ICAL DELAY CAUSED BY NEGLIGENCE OF LAW ENFORCEMENT
AGENCIES OR BY THE PROSECUTION IS SUFFICIENT TO DENY A
DEFENDANT THE RIGHT TO DUE PROCESS • (SCHERLING - V-
SUPERIOR COURT (1978) 22 C3d 493' 507' 149 CR 597;
PENNEY -V- SUPERIOR COURT (1972) 28 CA3d 941' 953'
105 CR 162•

EVEN IF THE DELAY [IS] MERELY THE RESULT OF ADMIN-
ISTRATIVE **MISFEASANCE** OR SIMPLE NEGLIGENCE ON
THE PART OF THE STATE OR ITS OFFICERS IT IS CLEAR
THAT THERE MUST NONETHELESS **BE A DISMISSAL•**

(5)

(PLezbert-v- Superior Court (1971) 22 CA3d 169
'99 CR 340; PENNEY-v-Superior Court (1972)
28 CA3d 941' 105 CR 162; RICE-v-Superior
Court (1975) 49 CA3d 200' 205' 122 CR 389;
SYKes -v- Superior Court (1973) 9 C3d 83'
106 CR 786; JONES-v- Superior Court
'SUPRA  BARKER-v- WINGO- SUPRA·)

## * CONCLUSION *

THE UNNECESSARY DELAY OF ARRAIGNMENT WAS
A VIOLATION OF DEFENDANTS RIGHT TO DUE PRO-
CESS UNDER THE FIFTH AND FOURTEENTH
AMENDMENTS TO THE UNITED STATES
CONSTITUTION AND ARTICLE 1 SECTION 15 OF THE
CALIFORNIA CONSTITUTION ' BECAUSE THE DELAY
WAS LENGTHY ' THE DEFENDANT WAS PREJUD-
ICED BY THE DELAY ' AND THERE APPEARS TO
BE NO JUSTIFICATION FOR THIS DELAY · THE
DEFENDANT THEREFORE RESPECTFULLY ASKS THIS
COURT TO DISMISS THE ACCUSATORY PLEADING··

JAN·15TH·2008

RESPECTFUllY SUBMITTED

Mr. Andre' Ferguson

```
FERGUSON,ANDRE                                    ) JAILNO 02344489
                                                  )
                                                  ) DOB 041466    B/M
                                                  ) CELL # 9MP
  ADDR 815 BUENA VISTA WEST                       ) OPLIC:              /
                          JAILST COJ9             ) SSN
-----------------------------------------------)---------- KEY DATES ------
                                                  ) ARR 112707/1400
                                                  ) BK  112707/1726
                                                  ) OFF1: MOYLAN    /  249
                                                  ) OFF2:           /
-----------------------------------------------------------------------------
```

N289914 02344489 BKD 11351HS/F; POSS/PURCHASE FOR SALE CON SUB;DEFSTATUS COJ9
                 ;ARR 112707/1400;INCN 071214777;ENTERED BY 847 ;MODIFIED BY
                 847

N289915 02344489 BKD 11351HS/F; POSS/PURCHASE FOR SALE CON SUB

N289916 02344489 BKD 11351HS/F; POSS/PURCHASE FOR SALE CON SUB

N289917 02344489 BKD 11351HS/F; POSS/PURCHASE FOR SALE CON SUB

N289918 02344489 BKD 11375B1HS/F; POSS SALE/SELL CONTROL SUBST

N289919 02344489 BKD 11357(B)HS/M; POSS MARIJU 28.5 GR/LESS W/PR

N289921 02344491 BKD ENROUTEXX/F; CDC HD#T39291,$NB,V3056PC;DEFSTATUS COJ9;ARR
                 112707/1400;INCN 071214777;ENTERED BY 847


------------------------------------------------------------------------------
                    INFORMATION FOR ARRESTED PERSONS
                    --------------------------------

IMPORTANT:  THIS DOCUMENT IS YOUR NOTIFICATION OF CHARGES AND IDENTIFICATION
            WHICH IS GIVEN TO YOU ALONG WITH YOUR PROPERTY RECEIPT.
            KEEP BOTH FORMS WITH YOU AT ALL TIMES.
            ---------------------------------------

1.  IF YOU ARE RELEASED, YOU ARE TO APPEAR IN COURT ON THE DATE AND TIME
    SPECIFIED.  FAILURE TO APPEAR MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR
    ARREST OR OTHER ADDITIONAL PENALTIES.

2.  AFTER BOOKING, YOU HAVE THE RIGHT TO MAKE THREE COMPLETED PHONE CALLS IN THE
    LOCAL DIALING AREA.  PHONE CALLS MADE OUTSIDE THE LOCAL AREA WILL BE AT
    ARRESTEES EXPENSE.

3.  IF YOU ARE ILL OR IF YOU ARE AWARE OF ANOTHER PRISONER IN NEED OF MEDICAL
    ATTENTION, IMMEDIATELY NOTIFY JAIL PERSONNEL.
    ---------------------------------------

4.  YOU MAY BE VISITED BY AN ATTORNEY OF YOUR CHOICE.

5.  VISITING HOURS ARE POSTED IN THE LOBBY OF THE JAIL.

6.  IF YOUR VEHICLE HAS BEEN IMPOUNDED, YOU ARE RESPONSIBLE FOR ANY TOWING AND
    STORAGE CHARGES.  VEHICLES LEFT IN STORAGE OVER 90 DAYS WITHOUT PAYMENT OF
    CHARGES CAN BE SOLD TO PAY FOR CHARGES.    TOW INFORMATION PHONE:  553-1235.

7.  FOR BAIL AND/OR COURT INFORMATION PHONE 553-9394.  FOR O.R. PHONE 552-2202.
------------------------------------------------------------------------------

E-Filing, ProSe

## U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00641-MMC
### Internal Use Only

Ferguson v. Karnow                          Date Filed: 01/28/2008
Assigned to: Hon. Maxine M. Chesney         Jury Demand: None
Cause: 42:1983 Prisoner Civil Rights        Nature of Suit: 550 Prisoner: Civil
                                            Rights
                                            Jurisdiction: Federal Question

**Plaintiff**

**Andre Marcellous Ferguson**      represented by   **Andre Marcellous Ferguson**
                                                    2344489
                                                    P.O. Box 67
                                                    San Bruno, CA 94066
                                                    PRO SE

V.

**Defendant**

**Judge Curtis A. Karnow**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2008 | 1 | COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983; (NO PROCESS); (IFP PENDING) against Curtis A. Karnow. Filed byAndre Marcellous Ferguson. (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/31/2008) |
| 01/28/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Andre Marcellous Ferguson. (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/31/2008) |
| 01/28/2008 | 3 | Letter from Clerk requesting a signed and completed IFP application or filing fee of $350.00. (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/31/2008) |
| 01/28/2008 |  | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/31/2008) |
| 02/12/2008 | 4 | Letter Post Dated 2/11/08: from Andre Ferguson re Request to dismiss case 08-641 MMC and open a new complain with a new civil case number. (aaa, Court Staff) (Filed on 2/12/2008) (Entered: 02/13/2008) |

MR. ANDRE 'M. FERGUSON #2344489
COUNTY JAIL #5 · P.O. BOX 67
SAN BRUNO' CALIFORNIA -94066

3

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

RECEIVED

FEB 13 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

